PER CURIAM.
Affirmed. Henderson v. Henderson, 537 So.2d 125 (Fla. 1st DCA 1988), cause dismissed, 542 So.2d 989 (Fla.1989); Evans v. Evans, 490 So.2d 1035 (Fla. 1st DCA 1986); see Smoak v. Smoak, 658 So.2d 568 (Fla. 1st DCA 1995); Wages v. Wages, 660 So.2d 797 (Fla. 5th DCA 1995); Elkins v. Vanden Bosch, 433 So.2d 1251 (Fla. 3d DCA 1983), pet. for review dismissed, 438 So.2d 831(Fla.1983); Adams v. Adams, 385 So.2d 688 (Fla. 3d DCA 1980); Ritsi v. Ritsi 160 So.2d 159 (Fla. 3d DCA 1964), cert. denied, 166 So.2d 591 (Fla.1964). See generally Jaffee v. Jaffee, 394 So.2d 443 (Fla. 3d DCA 1981).